FILED

01/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0217

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0217

_____

IN THE MATTER OF:

T.N.B., A.M.B, and S.M.B,                                         O R D E R

    Youths in Need of Care.


_____


    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mary Jane Knisely, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 13 2021